IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:13mj 410 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMICA B. NEAL, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, JAMICA B. NEAL, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

### COUNT ONE

### (Misdemeanor – Citation No. 4005198)

On or about September 15, 2013, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States, defendant, JAMICA B. NEAL, did recklessly operate a motor vehicle on Fort Lee, Virginia in a manner so as to endanger the life, limb, or property of another.

U.S. v. JAMICA B. NEAL

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, §46.2-852.)

### COUNT TWO

### (Petty – Citation No. 4005197)

On or about September 15, 2013, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States, defendant, JAMICA B. NEAL, did operate a motor vehicle while in possession of an open container of alcohol.

(In violation of 32 CFR Section 634.25(f), assimilating the 1950 Code of Virginia, as amended, Section 46.2-335.)

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By: _____
Katharine Adams
Special Assistant United States Attorney